

FILED
CLERK, U.S. DISTRICT COURT

NOV    2 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

1
2
3
4
5
6
7
8
9
10
11
12

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

13   MICHAEL SMITH,                    Case No. CV08-06321 SVW (AGRx)

14                      Plaintiff,     [PROPOSED] JUDGMENT

15          v.

16   PAUL FORTALEZA, M.D in his        Judge:    Hon. Stephen V. Wilson
     official and individual capacities, Courtroom: 6
17   HANIFFA CASSIM, M.D. in his
     official and individual capacities,
18   JUANAID FITTER, M.D. Chief
     Medical Officer for Lancaster State
19   Prison, in his official and individual
     capacities, YUEN PAO CHEN, M.D. in
20   his official and individual capacities,
     BINOYE NAKU, M.D. in his official
21   and individual capacities, and ALVARO
     TRAQUINA, M.D. Chief Medical
22   Officer for Solano State Prison in his
     official and individual capacities, and
23   Does 1-10,

24                      Defendants.

25
26
27
28

1

On May 12, 2009, this Court issued an order granting summary judgment in favor of Defendants Paul Fortaleza, D.O., Junaid Fitter, M.D., Yuen Pao Chen, M.D., Alvaro Traquina, M.D., and Haniffa Cassim, M.D., and requested further briefing on issues relating to whether to grant summary judgment in favor of Defendant Binoye Naku, M.D.  On August 6, 2009, this Court further issued an order granting summary judgment in favor of Binoye Naku, M.D.  This Court having thereby granted summary judgment in favor of all of the named Defendants in this case,

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff Michael Smith shall take nothing from Defendants Paul Fortaleza, D.O., Junaid Fitter, M.D., Yuen Pao Chen, M.D., Alvaro Traquina, M.D., Binoye Naku, M.D., and Haniffa Cassim, M.D., that the action be dismissed on the merits, and that Defendants shall recover their costs as the prevailing party pursuant to Federal Rule of Civil Procedure rule 54 in the amount of $_____.

DATED: 11/2/09

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

2