1 | EDMUND G. BROWN JR.
Attorney General of California
2 | PAMELA J. HOLMES
Supervising Deputy Attorney General
3 | GARY OSTRICK, State Bar No. 211031
Deputy Attorney General
4 |  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
5 |  Telephone:  (213) 897-8055
  Fax:  (213) 897-2810
6 |  E-mail:  Gary.Ostrick@doj.ca.gov

7 | Attorneys for Defendants
PAUL FORTALEZA, D.O., HANIFFA CASSIM,
8 | M.D., JUNAID FITTER, M.D., YUEN PAO
CHEN, M.D., BINOYE NAKU, M.D., and
9 | ALVARO TRAQUINA, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SMITH,<br><br>                                 Plaintiff,<br><br>    v.<br><br>PAUL FORTALEZA, M.D in his official and individual capacities, HANIFFA CASSIM, M.D. in his official and individual capacities, JUANAID FITTER, M.D. Chief Medical Officer for Lancaster State Prison, in his official and individual capacities, YUEN PAO CHEN, M.D. in his official and individual capacities, BINOYE NAKU, M.D. in his official and individual capacities, and ALVARO TRAQUINA, M.D. Chief Medical Officer for Solano State Prison in his official and individual capacities, and Does 1-10,<br><br>                                Defendants. | Case No. CV08-06321 SVW (AGRx)<br><br>**DEFENDANTS' NOTICE OF APPLICATION TO THE CLERK TO TAX COSTS**<br><br><br>Date:      December 17, 2009<br>Time:     9:00 a.m.<br>Location:  Clerk's Office<br>              312 N. Spring Street |

TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 17, 2009, at 9:00 a.m., or as soon thereafter as the matter may be heard telephonically, or as otherwise designated by the Cout, in the Clerk's Office of the United States District Court of the Central District of California, located at 312 N. Spring Street, Los Angeles, California, Defendants Paul Fortaleza, D.O., Haniffa Cassim, M.D., Junaid Fitter, M.D., Yuen Pao Chen, M.D., Binoye Naku, M.D., and Alvaro Traquina, M.D. will make an application to the Clerk of the above-entitled Court for a taxation of costs pursuant to Federal Rule of Civil Procedure 54 and Local Rule 54-1, *et seq.*, of the Central District of California.

Dated: November 13, 2009

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
PAMELA J. HOLMES
Supervising Deputy Attorney General

/s/ Gary Ostrick
GARY OSTRICK
Deputy Attorney General
Attorneys for Defendants Paul Fortaleza, D.O., Haniffa Cassim, M.D., Junaid Fitter, M.D., Yuen Pao Chen, M.D., Binoye Naku, M.D., and Alvaro Traquina, M.D.

1

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Michael Smith v. Paul Fortaleza, M.D., et al.** | No. | **CV08-06321SVW (AGRx)** |

I hereby certify that on <u>November 13</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' NOTICE OF APPLICATION TO THE CLERK TO TAX COSTS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>November 13, 2009</u>, at Los Angeles, California.

| Brenda Lee Moseley | /s/ Brenda Lee Moseley |
|---|---|
| Declarant | Signature |

50492739.doc