# UNITED STATES DISTRICT COURT
## Central District of California

# BILL OF COSTS

Michael Smith

V.

Paul Fortaleza, M.D., et al.

Case Number: CV08-06321 SVW (AGRx)

---

Judgment having been entered in the above entitled action on <u>November 2, 2009</u> against <u>Michael Smith</u>,
Date
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................... | $ _____ |
| Fees for service of summons and subpoena ............................. | _____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case (Expedited or daily transcripts require prior Court Order.) <br> 1. Trial Transcripts, if requested by the Court or prepared pursuant to stipulation ........... <br> 2. Deposition Transcripts (includes non-expedited transcripts, the reporter's appearance fee, fees for binding, bates stamping, non-expedited shipping & handling, processing fee, ASCII disks, production and code compliance charge, electronic transmission charge, miniscripts and witness handling charges) ............................................... | <br><br> _____ <br><br><br><br> 3,309.60 |
| Fees and disbursements for printing ................................ <br> (The costs of copies of an exhibit attached to a document necessarily filed and served.) | _____ |
| Fees for witnesses (itemize on page 2 of 3) ........................ | _____ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ........... | _____ |
| Docket fees under 28 U.S.C. 1923 (if incurred) ..................... | _____ |
| Costs as shown on Mandate of Court of Appeals ...................... | _____ |
| Compensation of court-appointed experts ............................ | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | _____ |
| Other costs to be taxed pursuant to prior Court approval (please itemize) ............... | _____ |
| TOTAL | $ 3,309.60 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

---

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒ Electronic service by e-mail as set forth below and/or.
☐ Conventional service by first class mail, postage prepaid as set forth below

s/ Attorney: _Gary Ostrick_____

Name of Attorney: Gary Ostrick

Costs are taxed in the amount of _____

| | By: | |
|---|---|---|
| Clerk of Court | Deputy Clerk | Date |

DEPOSITION COSTS (Pursuant to Central District of California Local Rule 54-4.6)

| Date of Deposition | Name of Deponent(s) | Gross Deposition Costs | Costs Subtracted from Gross | Total Costs Taxable under Local Rule 54-4.6 |
|---|---|---|---|---|
| 4/1/2009 | Paul Fortaleza, M.D. | $413.25 | $0 | $413.25 |
| 4/10/2009 | Junaid Fitter, M.D. | $386.10 | $0 | $386.10 |
| 4/17/2009 | Alvaro Traquina, M.D. & Binoye Naku, M.D. | $1,272.30 | $585.75 (expedite) $25.00 (UPS Overnight) | $661.55 |
| 4/22/2009 | Michael Smith | 2,039.32 | $813.60 (expedite) $27.12 (Federal Express) | $1198.60 |
| 4/24/2009 | Amid Haniffa Cassim, M.D. | $1,186.10 | $486.00 (expedite) $50.00 (UPS Overnight) | $650.10 |
| | | | | |
| Total Deposition Costs Taxable under Local Rule 54-4.6 | | | | $3309.60 |

ATKINSON-BAKER, INC
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

Paul F. Arentz
California Attorney General
300 South Spring Street
Suite 1700
Los Angeles, CA 90013-1204

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Ann Kabenjian
akabenjian@depo.com

ABI'S Federal ID No.:   95-4189037

Setting Firm:       Khorrami, Pollard & Abir, LLP
Taking Attorney:    Karen Joan Travis
Case Name:          Smith v Fortalez
Case No.:           CV08-06321 SVW (AGRx)
Description:        Certified copy of the reporter's transcript of the deposition of Dr. Paul Fortaleza, taken 4/1/2009.

INVOICE NO.      A302FCB AB
FIRM NO.         0183401
INVOICE DATE     04/15/2009
DUE UPON RECEIPT

*48101/180LA2008504492*

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Copy Pages - Medical/Expert | 90.00 | $ 2.65 | $ 238.50 |
| Exhibit Copies (pages) | 195.00 | $ .55 | $ 107.25 |
| CD Copy: Ascii/etrans/PDF/exhibits | 1.00 | $ 15.00 | $ 15.00 |
| Condensed Transcript | 1.00 | $ 15.00 | $ 15.00 |
| Processing, Handling & Delivery Fee | 1.00 | $ 37.50 | $ 37.50 |
| PAYMENTS | | | - $ 0.00 |
| BALANCE DUE | | | $ 413.25 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

Case Name: Smith v Fortaleza
Docket # 48101/180LA2008504492
DAG Print: Paul Arentz   Date
DAG Sign:
Sup. DAG Sign:

Fold and tear at this perforation, then return stub with payment.

| BALANCE DUE | $ 413.25 |
|---|---|
| INVOICE NO. | A302FCB AB |
| FIRM NO. | 0183401 |

For: Certified copy of the reporter's transcript of the deposition of Dr. Paul Fortaleza, taken 4/1/2009.

From:  Paul F. Arentz
California Attorney General
300 South Spring Street
Suite 1700
Los Angeles, CA 90013-1204

Remit To:  Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

Case Name: Smith, Michael v Fortaleza, Paul, MD, et al
Docket # 4810180LA2008504492
DAG Print Paul F. Arentz   Date 5-18-09
DAG Sign_____
Sup.DAG Sign:_____

ATKINSON-BAKER, INC
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

Paul F. Arentz
California Attorney General
300 South Spring Street
Suite 1700
Los Angeles, CA 90013-1204

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Ann Kabenjian
akabenjian@depo.com

ABI'S Federal ID No.:   95-4189037

Setting Firm:        Khorrami, Pollard & Abir, LLP
Taking Attorney:     Nancy Gardner
Case Name:           Smith v Fortaleza
Case No.:            CV08-06321 SVW (AGRx)
Description:         Certified copy of the reporter's transcript of the deposition of Junaid Fitter, M.D., taken 4/10/2009.

INVOICE NO.     A302BA9 AB
FIRM NO.        0183401
INVOICE DATE    05/05/2009
DUE UPON RECEIPT

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Copy Pages - Medical/Expert | 114.00 | $ 2.65 | $ 302.10 |
| Exhibit Copies (pages) | 30.00 | $ .55 | $ 16.50 |
| CD Copy: Ascii/etrans/PDF/exhibits | 1.00 | $ 15.00 | $ 15.00 |
| Condensed Transcript | 1.00 | $ 15.00 | $ 15.00 |
| Processing, Handling & Delivery Fee | 1.00 | $ 37.50 | $ 37.50 |
| PAYMENTS | | | - $ 0.00 |
| BALANCE DUE | | | $ 386.10 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.



OK TO PAY
PFA
DAG ARENTZ TORTS - LA

Fold and tear at this perforation, then return stub with payment.

BALANCE DUE   $ 386.10
INVOICE NO.   A302BA9 AB
FIRM NO.      0183401

From:  Paul F. Arentz
       California Attorney General
       300 South Spring Street
       Suite 1700
       Los Angeles, CA 90013-1204

For:  Certified copy of the reporter's transcript of the deposition of Junaid Fitter, M.D., taken 4/10/2009.

Remit To:  Atkinson-Baker, Inc.
           500 NORTH BRAND BOULEVARD,
           THIRD FLOOR
           GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

Paul F. Arentz
California Attorney General
300 South Spring Street
Suite 1700
Los Angeles, CA 90013-1204

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Ann Kabenjian
akabenjian@depo.com

| | |
|---|---|
| ABI'S Federal ID No.: | 95-4189037 |
| Setting Firm: | Khorrami, Pollard & Abir, LLP |
| Taking Attorney: | Renuka V. Jain |
| Case Name: | Smith v Fortaleza |
| Case No.: | CV08-06321 SVW (AGRx) |
| Description: | Certified copy of the reporter's transcript of the deposition of Alvaro Traquina, M.D., and Binoye Naku, M.D., taken 4/17/2009. Expedited. |

| | |
|---|---|
| INVOICE NO. | A3036B0 AB |
| FIRM NO. | 0183401 |
| INVOICE DATE | 04/22/2009 |
| | DUE UPON RECEIPT |

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Copy Pages - Medical/Expert | 213.00 | $ 2.75 | $ 585.75 |
| Expedite: 1 working day - 100% | 213.00 | $ 2.75 | $ 585.75 |
| Exhibit Copies (pages) | 27.00 | $ .40 | $ 10.80 |
| CD Copy: Ascii/etrans/PDF/exhibits | 1.00 | $ 15.00 | $ 15.00 |
| Condensed Transcript | 1.00 | $ 15.00 | $ 15.00 |
| Processing & Handling Fee | 1.00 | $ 35.00 | $ 35.00 |
| UPS Overnight | 1.00 | $ 25.00 | $ 25.00 |
| PAYMENTS | | | - $ 0.00 |
| BALANCE DUE | | | $ 1,272.30 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

Case Name: *Smith Michael v. Fortaleza Paul, MD, et al*
Docket # *4810180LA2008504192*
DAG Print: *Paul Arentz*     Date *6/1/09*
DAG Sign: _____
Sup. DAG Sign: _____

Fold and tear at this perforation, then return stub with payment.

| | |
|---|---|
| BALANCE DUE | $ 1,272.30 |
| INVOICE NO. | A3036B0 AB |
| FIRM NO. | 0183401 |

For:  Certified copy of the reporter's transcript of the deposition of Alvaro Traquina, M.D., and Binoye Naku, M.D., taken 4/17/2009. Expedited.

From:  Paul F. Arentz
California Attorney General
300 South Spring Street
Suite 1700
Los Angeles, CA 90013-1204

Remit To:  Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

# INVOICE

LUDWIG KLEIN REPORTERS & VIDEO, INC.
10868 KLING STREET
TOLUCA LAKE, CA 91602
Phone:800-540.0681  Fax:818-508.6326

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 175160 | 4/29/2009 | 59166 |
| Job Date | Case No. | |
| 4/22/2009 | CV08-06321SVW(AGRX) | |

| Case Name |
|---|
| SMITH VS. FORTALEZA |

| Payment Terms |
|---|
| Net 30 |

PAUL ARENTZ, D.A.G.
OFFICE OF THE ATTORNEY GENERAL
300 SOUTH SPRING STREET
SUITE 5212
LOS ANGELES, CA 90013

ORIGINAL & ONE CERTIFIED COPY OF DEPOSITION OF:

| | | | |
|---|---|---|---|
| MICHAEL SMITH | 180.00 | Pages | 1,017.00 |
| Exhibit | 118.00 | Pages | 41.30 |
| PROCESS/DELIVERY/2 PKGS | | | 61.00 |
| E-TRANS/ASCII DISK/CD | | | 25.00 |
| EXHIBITS - SCAN W/HARD C | 84.00 | Pages | 16.80 |
| PARKING | | | 37.50 |
| FEDERAL EXPRESS | | | 27.12 |
| REPORTER DEDUCTION | | | 0.00 |
| EXPEDITE - 3 DAY | 180.00 | Pages | 813.60 |

**TOTAL DUE >>>**      **$2,039.32**

THANK YOU FOR YOUR BUSINESS

**Tax ID:** 95-3996239

*Please detach bottom portion and return with payment.*

PAUL ARENTZ, D.A.G.
OFFICE OF THE ATTORNEY GENERAL
300 SOUTH SPRING STREET
SUITE 5212
LOS ANGELES, CA 90013

Job No.     : 59166           BU ID     : 2-OTHER
Case No.    : CV08-06321SVW(AGRX)
Case Name   : SMITH VS. FORTALEZA

Invoice No. : 175160          Invoice Date  : 4/29/2009
**Total Due** : **$2,039.32**

Remit To:  LUDWIG KLEIN REPORTERS & VIDEO, INC.
           10868 KLING STREET
           TOLUCA LAKE, CA 91602

**PAYMENT WITH CREDIT CARD**    AMEX  MC  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

```
Atkinson-Baker, Inc.                      800-288-3376
Court Reporters                           800-925-5910 fax
500 N. Brand Boulevard, Third Floor       www.depo.com
Glendale, CA  91203-4725
                                          Federal ID#: 95-4189037


Invoice To:


    Nancy Gardner                      Your Firm#: 1171322
    Khorrami, Pollard & Abir, LLP        Invoice#: A303E82AA
    444 South Flower Street          Invoice Date: Apr 28, 2009
    33rd Floor                           Due Date: On Receipt
    Los Angeles, CA  90071


------------------------------------------------------------------------
    Reporter's transcript of the deposition of Amid Haniffa Cassim, M.D.,
    taken 4/24/2009.  Expedited.
------------------------------------------------------------------------
      Case: Smith v Fortaleza              #: CV08-06321 SVW(AGRx)
   Insured :                  Insurance Co.:
       DOL:                          Claim#:
   Adjuster:                Client's Ref #1:
                            Client's Ref #2:

    ITEM ---------------------------------- QTY -------- PRICE -------- TOTAL
    Pages - O&1 - Medical/Expert         108.00          $4.50          $486.00
    Expedite: 1 working day   - 100%     108.00          $4.50          $486.00
    Rough Transcript, Per Page           108.00          $1.20          $129.60
    Exhibit Copies (pages)                 2.00          $0.25            $0.50
    CD: Ascii/etrans/PDF/exhibits          1.00          $0.00            $0.00
    Condensed Transcript                   1.00          $0.00            $0.00
    Processing & Handling Fee              1.00         $25.00           $25.00
    Parking                                1.00          $9.00            $9.00
    UPS Overnight                          2.00         $25.00           $50.00

      Total . . . . . . . . . . . . . . . . . . . . . . . .         $1,186.10

      Payment - May 21, 2009                                         $1,186.10

      Balance Due . . . . . . . . . . . . . . . . . . . .  $           0.00
```

## CERTIFICATE OF SERVICE

Case Name: **Michael Smith v. Paul Fortaleza, M.D., et al.**   No.   CV08-06321SVW (AGRx)

I hereby certify that on November 13, 2009 I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**BILL OF COSTS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 13, 2009, at Los Angeles, California.


| Brenda Lee Moseley | /s/ Brenda Lee Moseley |
|---|---|
| Declarant | Signature |

50492739.doc